# Court of Appeals
# of the State of Georgia

ATLANTA, August 26, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0541. TODD BANDY v. MARK BUTLER, COMMISSIONER OF LABOR et al.**

The Georgia Department of Labor denied Todd Bandy's claim for unemployment benefits, and the superior court affirmed the ruling by order entered March 2, 2015. Bandy filed a motion for reconsideration from the order, which was denied on July 24, 2015. Bandy then filed this application for discretionary appeal on August 11, 2015. We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d). Bandy seeks to appeal the trial court's order of March 2, 2015, affirming the decision of the Department of Labor's Board of Review. Thus, he was required to file his application within 30 days of that ruling. Because Bandy did not file his application until 162 days later on August 11, 2015, it is untimely.

Although Bandy sought reconsideration of the March 2 order, a motion for reconsideration does not extend the time for filing. See *Cheeley-Towns v. Rapid Group, Inc.*, 212 Ga. App. 183 (441 SE2d 452) (1994). Moreover, an order denying a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000). For these reasons, we lack jurisdiction over this discretionary application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____08/26/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____*, Clerk.*